IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Walen, an individual; and Paul Henderson, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>Doug Burgum, in his official capacity as Governor of the State of North Dakota; Alvin Jaeger, in his official capacity as Secretary of State of the State of North Dakota,<br><br>              Defendant. | Civil No: 1:22-cv-00031<br><br><br><br>**STIPULATED BRIEFING SCHEDULE AND EXTENSION OF DEADLINE TO ANSWER COMPLAINT** |

Plaintiffs Charles Walen and Paul Henderson (collectedly "Plaintiffs") commenced this action by filing the Complaint for Declaratory and Injunctive Relief (Doc. No. 1) with the Court on February 16, 2022. On March 4, 2022, Plaintiffs filed a Motion for Preliminary Injunction (Doc. No. 9) and a Motion for Three-Judge Panel (Doc. No. 11), supported by a single Memorandum (Doc. No. 10).

Counsel for Plaintiffs and counsel for Defendants Doug Burgum, in his official capacity as Governor of the State of North Dakota and Alvin Jaeger, in his official capacity as Secretary of State of the State of North Dakota (collectedly "Defendants") have met and conferred. All of the parties to this action, by and through their respective legal counsel, hereby stipulate and agree as follows:

1. The parties agree that a three-judge panel must be convened in this action, in accordance with 28 U.S.C. § 2284(a), on request of Plaintiffs in Plaintiffs' Motion for Three-Judge Panel (Doc. No. 11).

2. Defendants intend to oppose Plaintiffs' Motion for Preliminary Injunction (Doc. No. 9) and the parties agree the Defendants' response brief shall be due April 7, 2022, and Plaintiffs' reply brief shall be due April 14, 2022.

3. The parties stipulate to extend the deadline for Defendants to answer the Complaint (Doc. No. 1) until April 22, 2022.

The parties respectfully request the Court issue an appropriate order based on the foregoing.

Dated this 8th day of March, 2022.

By: /s/ David R. Phillips
David R. Phillips
Special Assistant Attorney General
ND Bar # 06116
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
dphillips@bgwattorneys.com

Attorney for Defendants Doug Burgum, in his official capacity as Governor of the State of North Dakota; Alvin Jaeger, in his official capacity as Secretary of State of the State North Dakota

Dated this 8th day of March, 2022.

By: Matthew A. Sagsveen
Matthew A. Sagsveen
North Dakota Solicitor General
ND Bar # 05613
Office of Attorney General
500 N. 9th Street
Bismarck, ND 58501-4509
masagsve@nd.gov

Attorney for Defendants Doug Burgum, in

his official capacity as Governor of the State of North Dakota; Alvin Jaeger, in his official capacity as Secretary of State of the State North Dakota

Dated this 8th day of March, 2022.

By: */s/ Paul Sanderson*
Paul Sanderson (#05830)
Ryan Joyce (#09549)
Evenson Sanderson PC
1100 College Drive, Suite 5
Bismarck, ND 58501
psanderson@esattorneys.com
rjoyce@esattorneys.com

Robert Harms (#03666)
815 N. Mandan St.
Bismarck, ND 58501
robert@harmsgroup.net

Attorneys for Plaintiffs Charles Walen, an individual; and Paul Henderson, an individual

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **STIPULATED BRIEFING SCHEDULE AND EXTENSION OF DEADLINE TO ANSWER COMPLAINT** was on the 8th day of March, 2022, filed electronically with the Clerk of Court through ECF:

Paul Sanderson (#05830)
Ryan Joyce (#09549)
Evenson Sanderson PC
1100 College Drive, Suite 5
Bismarck, ND 58501
psanderson@esattorneys.com
rjoyce@esattorneys.com

Robert Harms (#03666)
815 N. Mandan St.
Bismarck, ND 58501
robert@harmsgroup.net


                                         By:   */s/ David R. Phillips*
                                                   DAVID R. PHILLIPS