IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Whalen and Paul Henderson )<br>)<br>)<br>)<br>v. )<br>)<br>Doug Burgum, in his official capacity as )<br>Governor of State of North Dakota, et al. )<br>)<br>)<br>) | **MOTION TO APPEAR**<br>**PRO HAC VICE**<br><br>Case No. 1:22-cv-31 |

Bryan L. Sells, an attorney for the defendant-intervenors moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | 1. The Supreme Court of the United States (May 18, 2015)<br>2. The Supreme Court of Georgia (January 12, 2010)<br>3. The Court of Appeals of the State of Georgia (March 3, 2020)<br>4. The United States Court of Appeals for the Second Circuit (September 8, 2021)<br>5. The United States Court of Appeals for the Fourth Circuit (August 18, 2009)<br>6. The United States Court of Appeals for the Eighth Circuit (January 5, 2006)<br>7. The United States Court of Appeals for the Ninth Circuit (March 19, 2010)<br>8. The United States Court of Appeals for the Tenth Circuit (November 20, 2006)<br>9. The United States Court of Appeals for the Eleventh Circuit (September 13, 2016)<br>10. The United States District Court for the Northern District of Georgia (September 25, 2000)<br>11. The United States District Court for the Middle District of Georgia (October 1, 2004)<br>12. Fulton County Superior Court (December 14, 1998)<br>13. State Bar of Georgia (635562) |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 11 day of April                    .

/s/             Bryan L. Sells