UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Charles Walen and Paul Henderson, Plaintiffs

v.                                                                                              Case No: 1:22-cv-31

Doug Burgum and Alvin Jaeger, Defendants
and
Mandan, Hidatsa & Arikara Nation, Lisa DeVille,
and Cesareo Alvarez, Jr., Intervenor Defendants

*Counsel*:
for Plaintiffs Walen and Henderson:   Paul Sanderson, Robert Harms (via phone), Ryan Joyce
for Defendants:                                    Matthew Sagsveen, David Phillips
for Intervenor Defendants:                Bryan Sells, Michael Carter, Molly Danahy (via phone)

---

Turtle Mountain Band of Chippewa Indians,
Spirit Lake Tribe, Wesley Davis, Zachery S. King,
and Collette Brown, Plaintiffs

v.                                                                                              Case No. 3:22-cv-22

Alvin Jaeger, Defendant

*Counsel*:
for Plaintiffs Turtle Mountain Band
of Chippewa Indians, et al.:              Bryan Sells, Michael Carter, Molly Danahy (via phone)
for Plaintiff Spirit Lake Tribe:           Tim Purdon
for Defendant Jaeger:                        Matthew Sagsveen, David Phillips

---

**CLERK'S MINUTES**
Proceeding: Status Conference (via video)

| | | | |
|---|---|---|---|
| Presiding Judge: | Honorable Peter D. Welte | Date: | April 13, 2022 |
| Deputy Clerk: | Lori Haberer | Time: | 3:35 PM |
| Court Reporter: | Kelly Kroke | Recess: | 4:20 PM |
| Law Clerk: | Beth Alvine | | |

---

Court calls case and notes appearances.
Court reviews the procedural posture of each case.
The parties discuss upcoming responses/answer and possible motion for consolidation.

The parties respond to inquiries of the Court.

Discussion regarding upcoming election dates.

Mr. Sells notes that they have not filed a motion for preliminary injunction in the Turtle Mountain case and hope that case is resolved in time for the 2024 election; believes that case will be heavily dependant on expert testimony.

Mr. Sanderson notes that they do not believe discovery is going to be necessary (Walen case).

Mr. Sanderson notes that due to the weather and staff ability to get to the office, they request an extension of their reply until Monday; no objections; Court grants the request.

The Court notes the possibility of having an administrative tracking of discovery in the cases.

Court adjourned.