Local AO 450 (rev. 1/23)

# United States District Court
## *District of North Dakota*

Charles Walen and Paul Henderson,

                          Plaintiffs,

vs.

Doug Burgum, in his official capacity as
Governor of the State of North Dakota, and
Michael Howe, in his official capacity as
Secretary of State of the State of North Dakota,

                          Defendants,

and

The Mandan, Hidatsa and Arikara Nation,
Lisa DeVille, and Cesareo Alvarez, Jr.,

                          Defendants-Intervenors.

JUDGMENT IN A CIVIL CASE

Case No.    1:22-cv-31

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Charles Walen's and Paul Henderson's motion for summary judgment is DENIED, and the State's and the MHA Tribe's motions for summary judgment are GRANTED. Given the extensive briefing and undisputed legislative record, Charles Walen's and Paul Henderson's motion for oral argument is also DENIED.

Date:  November 2, 2023

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Leah Riveland-Foster, Deputy Clerk*